FILED by _____ TB _____ D.C.

Mar 24, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20187-CR-KING/TORRES

18 U.S.C. § 1349
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

BRITTNEY LYNN ROBERTS,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. P.M. was an artist working in a studio located in New York, New York (the "P.M. New York studio"). Paintings and other works of art created by P.M. had considerable market value.

2. The P.M. New York studio assigned a unique serial number to and issued a certificate of authenticity for each work of art created by P.M.

3. Max in the Grove was an art gallery located at 2996 McFarlane Road, Coconut Grove, Florida. Max in the Grove was engaged in the business of selling art, including paintings and works of art created by P.M.

## Conspiracy to Commit Mail Fraud
## (18 U.S.C. § 1349)

1. From in or around April 2010, through in or around October 2013, the exact dates being unknown to the United States Attorney, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### BRITTNEY LYNN ROBERTS,

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate and agree with others known and unknown to the United States Attorney, to knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing such scheme and artifice, and attempting to do so, did knowingly cause to be delivered certain mail matter by United Parcel Service (UPS) and Federal Express (FedEx), private and commercial interstate carriers, according to the directions thereon, in violation of Title 18, United States Code, Section 1341.

### PURPOSE OF THE CONSPIRACY

2. It was the purpose of the conspiracy for the defendant and her co-conspirators to unlawfully enrich themselves by obtaining and misappropriating money and artworks from clients of Max in the Grove by making materially false and fraudulent representations, and by the concealment of material facts, concerning, among other things, the authenticity of certain P.M. artworks.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and her co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

3. Max in the Grove was a business that specialized in selling purportedly original paintings and other works of art from a number of well-known American artists including P.M. Max in the Grove's customer base consisted primarily of individual customers who purchased artwork from the Max in the Grove art gallery located in Coconut Grove, Florida.

4. Max in the Grove acquired original works of art for sale directly from artists such as P.M. and from existing clients and other third parties who wished to resell original works of art they had previously acquired. In some instances, Max in the Grove acquired original works of art on a consignment basis, meaning Max in the Grove received a commission upon the completion of a sale.

5. In some instances, **BRITTNEY LYNN ROBERTS** and a co-conspirator produced forged copies of original P.M. works of art that were provided to Max in the Grove on a consignment basis by owners seeking to resell their original artwork. A co-conspirator would then sell the original pieces of art to customers of Max in the Grove without remitting the proceeds from the sale to the actual owners of the art. A co-conspirator would then falsely and fraudulently misrepresent to the owner of the art that the artwork had failed to sell, and he would return the forged copies by mail to the artworks' owners to conceal the fraudulent sale of the originals.

6. In other instances, **BRITTNEY LYNN ROBERTS** and a co-conspirator produced forged copies of original P.M. works of art. A co-conspirator then sold these forged

3

copies by fraudulently representing that they were original works of art, and mailed the forged works of art to customers via United Parcel Service (UPS) and Federal Express (FedEx).

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATIONS
## (18 U.S.C. § 981(a)(1)(C))

1. The allegations of this Information are realleged and by this reference are fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BRITTNEY LYNN ROBERTS**, has an interest.

2. Upon conviction of the offenses charged in this Information, the defendant, **BRITTNEY LYNN ROBERTS**, shall forfeit all of her rights, title, and interest to the United States in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.

BRITTNEY LYNN ROBERTS,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.
_____ /

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB   ___ FTP

New Defendant(s)          Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect  ___

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)
   I    0 to 5 days      x              Petty     ___
   II   6 to 10 days     ___            Minor     ___
   III  11 to 20 days    ___            Misdem.   ___
   IV   21 to 60 days    ___            Felony    x
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _x_ No

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 91337

*Penalty Sheet(s) attached                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** BRITTNEY LYNN ROBERTS

**Case No:**

Count #: 1

Conspiracy to Commit Mail Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** Twenty Years' Imprisonment

---

**\*Refers only to possible term of incarceration; does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**