IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRITTNEY LYNN ROBERTS,

    Defendant.
_____/

Case No. 15-20187-CR-KING

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Brittney Lynn Roberts, by and through her undersigned counsel, hereby files this **unopposed** motion to continue the sentencing hearing date, pursuant to Local Rule 7.6, which does not require a memorandum of law pursuant to Local Rule 7.1(a)(1)(G), and in support thereof would state as follows:

1. This case arises from an information alleging conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349. *See* Information, March 25, 2015 [DE 1].

2. On April 27, 2015, Ms. Roberts entered a guilty plea to count 1 of the Information. *See* Minute Entry, April 27, 2015 [DE 10]. The sentencing hearing has been scheduled for June 25, 2015, before the Honorable James Lawrence King. *See* Order of Reference and Setting Date for Sentencing [DE 8].

3. Ms. Roberts is currently pregnant and is scheduled to undergo delivery by caesarean section on June 11, 2015. *See* Affidavit of Brittney Lynn Roberts, attached.

4. The scheduled surgery will necessitate recuperation of several weeks as well as several post-operative visits, and the recuperative period is anticipated to extend beyond the sentencing hearing currently scheduled for June 25, 2015. *Id.*

5. For the foregoing reasons, the Defendant, Brittney Lynn Roberts, respectfully requests that the sentencing hearing in this matter currently scheduled for June 25, 2015 be continued for ninety (90) days to allow Ms. Roberts to deliver her child and to recover from surgery, and that the Court allow Ms. Roberts to remain on bond during that time.

6. Undersigned counsel represents that the foregoing constitutes "good cause" within the meaning of Local Rule 7.6. Undersigned counsel will provide the Court with an affidavit from the Defendant should the Court so desire.

7. Undersigned counsel certifies that, pursuant to Local Rule 88.9(a), he has conferred with the Assistant United States Attorney assigned to this case, Christopher Browne, Esq., who has indicated that the government <u>does not oppose</u> the relief sought herein.

WHEREFORE the Defendant requests that this Honorable Court continue the sentencing hearing in this matter for ninety (90) days.

Dated: May 7, 2015

Respectfully submitted,

**JARED F. BOSSOLA, PLC**
Attorneys for Defendant
2720 N University Drive
Coral Springs, Florida 33065
Telephone:   (954) 357-3456
E-mail: jared@jfbossola.com (primary)
         brendan@jfbossola.com
         pleadings@wrongscanberighted.com

By: s/Jared F. Bossola
    JARED F. BOSSOLA
    Fla. Bar No. 752061

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a copy of the foregoing on all counsel of record or pro se parties identified on the service list below or otherwise listed to receive service in CM/ECF, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                          s/Jared F. Bossola
                                          JARED F. BOSSOLA
                                          Counsel for Defendant

## Service List

**Christopher Barrett Browne, Esq.**
United States Attorney's Office
99 Northeast Fourth Street, 6th Floor
Miami, FL 33132-2111
Telephone:     (305) 961-9419
Fax:           (305) 530-7976
E-mail:        christopher.browne@usdoj.gov
*Counsel for the United States of America*