UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                     Case No. 15-20187-CR-KING

BRITTNEY LYNN ROBERTS,

    Defendant.
_____/

PROPOSED **ORDER CONTINUING SENTENCING HEARING**

THIS CAUSE came before the Court on the Defendant's Unopposed Motion to Continue Sentencing Hearing, [DE 15]. Being fully advised in the premises and that there is no objection by the Government, it is *JLK*

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The sentencing hearing scheduled for June 25, 2015 [DE 8] is continued ~~for ninety (90) days~~ *To September 8, 2015 @ 10:00 A.M.*

**DONE AND ORDERED** in Chambers at Miami, Florida, this __8__ day of May, 2015.

                                                  _____
                                                  JAMES LAWRENCE KING
                                                  UNITED STATES DISTRICT JUDGE

cc:    Counsel of record
       U.S. Marshal
       Pretrial Services
       U.S. Probation Office