# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF FLORIDA
# CONTINUATION - MINUTES - SENTENCING

Case No. 15-20187-CR-KING Date: September 29, 2015 Judge James Lawrence King
Defendant: **Brittney Lynn Roberts** Defense counsel: Jared F. Bossola, Esq.
AUSA: Christopher B. Browne

## JUDGMENT AND SENTENCE

| Count | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| | ____ | ____ | ____ | ____ |
| | ____ | - ____ | ____ | ____ |
| | ____ | ____ | ____ | ____ |

() Defendant given credit for time served
( ) CONCURRENT () CONSECUTIVE
(X) Assessment $ 100.00
() Fine: (X) none imposed -0-
(X) The court orders restitution in the amount of $850,180.00 jointly and severally with the brother and father in cases (14-20884-CR-WILLIAMS and 15-20049-CR-COOKE)
() Count remaining dismissed ____
(X) Forfeiture Entered

## () SUPERVISED RELEASE
## (X) PROBATION

| Count | | YEARS |
|---|---|---|
| Count | I | 3 |

() If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
(X) Home confinement for a period of **SIX (6)** Months
() CONCURRENT ( ) CONSECUTIVE (X) Employment and Self Employment Restriction
() Substance Abuse Treatment (X) Financial Disclosure (X) Permissible Search () Mental Health Treatment () Community Service () Related Concern Restrictions (X) In cur No New Debt
() Anger Control/Domestic Violence treatment

## CUSTODY

() The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
() The defendant shall surrender for service of sentence on:
() The court recommends:
() The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration. ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

Courtroom Deputy: Joyce M. Williams
Court Reporter: Robin Dispenzieri