PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 1396211

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-CR-20187-KING-001

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Brittany Lynn Roberts

Name of Sentencing Judicial Officer: The Honorable James Lawrence King, United States District Judge, Miami, Florida

Date of Original Sentence: September 29, 2015

Original Offense: Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. §1349, a Class C Felony

Original Sentence: Three (3) Years Probation with the following special conditions: 1) The defendant participate in the Home Detention Electronic Monitoring Program for a period of six (6) months; 2) The defendant shall submit to search of his/her personal property conducted in a reasonable manner and at a reasonable time by the U. S. Probation Officer; 3) The defendant shall obtain prior written approval from the Court before entering into any self-employment; 4)The defendant shall not apply for, solicit or incur any further debt without first obtaining permission of the United States Probation Officer; $100.00 special assessment. Restitution of $850,180.00, joint & several with co-defendants in cases 14-20884 and 15-20049.

Type of Supervision: Probation    Date Supervision Commenced: September 29, 2015

---

## PETITIONING THE COURT

[] To extend the term of supervision for __ years, for a total term of __ years.

[X] To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $50.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 1396211

# CAUSE

The defendant was ordered to make restitution in the sum of $850,150.00 joint and severally with her co-defendants. The United States Probation Office conducted a financial investigation to determine the amount the defendant could afford to pay monthly. The defendant reported the household income and expenses. A financial analysis was conducted and the information was compared to the documentation provided by the defendant and the expenses were adjusted in accordingly. The defendant reported a (fluctuating) average monthly net income of $1,400.00 and allowable monthly expenses of $1,700.00. The defendant has acknowledged her financial responsibility has made payments totaling $100.00. Based on this information, the fluctuating nature of the defendant's income, and the defendant's ability to expand her work hours following the completion of Home Detention, it was determined that the defendant will be able to pay $50.00 per month toward restitution.

The defendant was presented with this information and concurred with our assessment. She signed the enclosed Waiver of Hearing to Modify Conditions of Probation. With the Court's approval, this will establish a restitution payment schedule of $50.00 per month commencing April 1, 2016, and every month thereafter until any material change dictates a reevaluation of the proposed payment schedule. The defendant has otherwise been in compliance with the conditions of probation.

**Recommendation:**

As such, it is respectfully recommended that Your Honor modify the conditions of Probation allowing the defendant to pay restitution at the rate of $50.00 per month.

Respectfully submitted,

by Randel G. Frimet Mar 31 2016 12:03 PM

Randel Frimet
Senior U.S. Probation Officer
Phone: 954-769-5621
Date: March 30, 2016

Karen G. Anderson Mar 30 2016 6:12 PM

---

THE COURT ORDERS:

[ ] No Action

[ ] The Modification of Conditions as Noted Above ✓

[ ] Other ______________________________

Signature of Judicial Officer

4-5-16

Date